STARK COUNTY BAR ASSOCIATION *v.* RUSSELL.

[Cite as Stark Cty. Bar Assn. *v.* Russell (1990), 52 Ohio St. 3d 211.]

(No. 89-1872—Submitted March 6, 1990—Decided July 3, 1990.)

*Charles W. Kettlewell*, for respondent.

*Per Curiam.* Having thoroughly reviewed the instant record, we agree with the board's findings of misconduct. We find the board's recommendation appropriate. Therefore, we order that respondent be suspended from the practice of law in Ohio for one year. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SHANNON, HOLMES, DOUGLAS and WRIGHT, JJ., concur.

H. BROWN and RESNICK, JJ., dissent.

RAYMOND E. SHANNON, J., of the First Appellate District, sitting for SWEENEY, J.

H. BROWN, J., dissenting. In my opinion, the appropriate sanction in this cause should be a one-year suspension with six months of that period suspended.

*Vogelgesang, Howes, Lindamood & Brunn, Richard S. Milligan, James B. Lindsey* and *Joseph E. Trester*, for relator.

RESNICK, J., concurs in the foregoing dissenting opinion.